IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YONATAL YOHANNES, A# 221-347-159                    PETITIONER

v.                                        CIVIL NO. 5:26-cv-515-DCB-RPM

RAFAEL VERGARA, ET AL.                              RESPONDENTS

## ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court on pro se Petitioner Yonatal Yohannes's (Petitioner's) Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi. The Court directs Petitioner to file a written response providing his country of birth.

**IT IS THEREFORE ORDERED** that on or before June 29, 2026, Petitioner shall file a written response to state the country of his birth.

The Court warns Petitioner that his failure to timely comply with this Order any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 8th day of June, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE