IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YONATAL YOHANNES                                        PETITIONER

V.                          CIVIL ACTION NO. 5:26-cv-515-DCB-RPM

RAFAEL VERGARA                                          RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 9], which recommends that Petitioner Yohannes's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as premature under the framework set forth in Zadvydas v. Davis, 533 U.S. 678 (2001). The Report was entered on July 29, 2026, and objections were due by August 12, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, Petitioner's 28 U.S.C. § 2241 Petition, and Judge Myers's Report [ECF No. 9], finds that Petitioner's 28 U.S.C. §

2241 petition [ECF No. 1] should be dismissed without prejudice as premature. The Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 9] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

So ordered and adjudged, this the 14 day of August, 2026.

/s/ David C. Bramlette
UNITED STATES DISTRICT JUDGE